UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAR 17 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED
MAR 20 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| STEPHEN CARROLL COLLIER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>JIM PRUETT; et al.,<br><br>Defendants - Appellees. | No. 04-35571<br><br>DC # CV-03-00251-A-JKS<br>Alaska (Anchorage)<br><br>ORDER |

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges

The panel has voted to deny appellant's petition for panel rehearing.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied.

No further filings will be accepted in this closed appeal.