May 31, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**RECEIVED**
JUN 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

**District Court/Agency:** USDC Alaska (Anchorage)
**Lower Court Number:** CV-03-00251-A-JKS
**Appeal Number:** 04-35571
**Short Title:** Collier v. Wells Fargo Bank

**Volumes**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 4 | | | 0 | Certified Copy(ies) | | | |
| **Reporters Transcripts in:** | 0 | | | 0 | Certified Copy(ies) | | | |
| **Exhibits in:** | 0 | Envelopes | | 0 | Under Seal | | | |
| | 0 | Boxes | | 0 | Under Seal | | | |
| | 0 | Volumes | Volume | 0 | of record | 0 | Under Seal | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes | |
| | 0 | Other | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes | |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.